|   |   |   |
|---|---|---|
| 1 | | CHIEF U.S. DISTRICT JUDGE MARSHA J. PECHMAN |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| DAVID DELAITTRE, | CASE NO. 2:14-cv-01947-MJP |
|---|---|
| Plaintiff, | STIPULATION AND ORDER DISMISSING CASE WITHOUT PREJUDICE |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, | **NOTED FEBRUARY 12, 2015** |
| Defendant. | |

　　Plaintiff David Delaittre and Defendant United States Social Security Administration (the "Parties") HEREBY STIPULATE and request that this Court enter the proposed ORDER as set forth below, dismissing this action without prejudice, and providing that the Parties shall bear their own costs, expenses and attorneys' fees for the filing and defense of this action.

STIPULATION AND ORDER DISMISSING CASE - 1
(2:14-cv-01947)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED**

ANNETTE L. HAYES
Acting United States Attorney
Western District of Washington

DATED: February 12, 2015

*s/Peter Winn*
PETER A. WINN
Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-4985
Facsimile: (206) 553-4073
Email: peter.winn@usdoj.gov

DATED: February 12, 2015

*s/John Andrews*
JOHN C. ANDREWS
Bishop, Cunningham & Andrews
3330 Kitsap Way
Bremerton, WA 98312
Telephone: (360) 377-7691
Email: jandrews@bcalawyers.com

**SO ORDERED**

DATED this _____ day of _____, 2015.

_____
MARSHA J. PECHMAN
Chief United States District Judge

STIPULATION AND ORDER DISMISSING CASE - 2
(2:14-cv-01947)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970